# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-2114

_____

United States of America

*Plaintiff - Appellee*

v.

Lasandra Kaye Kearney

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: June 8, 2026
Filed: June 11, 2026
[Unpublished]

_____

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Lasandra Kaye Kearney, who pled guilty to conspiring to distribute a controlled substance and possessing a firearm as a felon, appeals after the district court[1] imposed a sentence below the United States Sentencing Guidelines range.

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

Her counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Upon careful review, this court concludes the district court did not abuse its discretion in sentencing Kearney. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (abuse-of-discretion standard of review); *see also United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that it is "nearly inconceivable" that the district court abused its discretion in not varying further when it varied below the Guidelines range). The district court properly considered the 18 U.S.C. § 3553(a) factors, and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See Feemster*, 572 F.3d at 461. Further, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), this court finds no non-frivolous issues for appeal.

Accordingly, the judgment is affirmed.

_____